

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
### (Northern Division)

| | |
|---|---|
| VASTINA OMOSEBI & <br> OLOSUPO OMOSEBI <br> 903 E Church St. <br> Salisbury, MD 21804 <br><br>     Plaintiffs <br><br> v. <br><br> KELLI LUTRELL, M.D. <br> 223 Phillip Morris Dr. <br> Salisbury, MD 21804 <br><br> and <br><br> THREE LOWER COUNTIES <br> COMMUNITY SERVICES, INC. <br> P.O. Box 191 <br> Princess Anne, MD 21853 <br>     Serve on Resident Agent: <br>     D. Nicole Green <br>     300 E Main St. <br>     Salisbury, MD 21801 <br><br> and <br><br> UNITED STATES OF AMERICA <br> c/o Office of the Secretary: <br> Department of Health & Human Services <br> 200 Independence Avenue, S.W. <br> Washington, D.C.  20201 <br>     SERVE ON:  Eric Holder <br>     Attorney General <br>     Department of Justice <br>     Main Justice Building <br>     10th St & Constitution Ave., N.W. <br>     Washington, DC  20530 <br><br>     Defendants | * <br> * <br> * <br> * <br> * <br> *  Case No.: _____ <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

\* \* \* \* \* \* \* \*

## JURISDICTION

This Complaint is brought pursuant to the Federal Tort Claims Act pursuant to 28 U.S.C. §2671 through §2683 and state law.  This Court is vested with jurisdiction pursuant to 28 U.S.C. §1346(b).  A claim made against the Department of Health and Human Services is properly against the United States of America. The Plaintiffs have proper standing to bring this suit.  Proper Notice was served on the Department of Health and Human Services and the claim was denied.

## COMPLAINT

COME NOW the Plaintiffs, VASTINA and OLOSUPO OMOSEBI, by and through their attorneys Diane M. Littlepage of Littlepage & Associates and sue Defendants UNITED STATES OF AMERICA, THREE LOWER COUNTIES COMMUNITY SERVICES, INC., and KELLI LUTRELL, M.D. and in support thereof, state:

1. Plaintiffs Vastina and Olosupo Omosebi are residents of Wicomico County, Maryland.

2. At the time of the negligence, Defendant Kelli Lutrell, M.D. was an agent and/or employee of Defendant Three Lower Counties Community Services, Inc. and/or the United States of America.

3. At all times of which the Plaintiffs complain, the Defendant Kelli Lutrell, M.D. represented to the Plaintiffs, and the public, that she possessed the degree of skill, knowledge and agility possessed by reasonable, competent medical practitioners practicing under the same and similar circumstances as those involving the Plaintiffs Vastina and her infant.

PDF Complete. Your complimentary use period has ended. Thank you for using PDF Complete. Click Here to upgrade to Unlimited Pages and Expanded Features

that the Defendants Kelli Lutrell, M.D., Three Lower Counties Community Services, Inc. and/o the United States of America, including their duly authorized agents and/or employees, owed the Plaintiffs the duty to exercise the degree of care, skill and judgment expected of competent medical practitioners, acting in the same or similar circumstances, which duty included the performance of adequate and proper diagnostic tests, interpretation of these tests, and procedures to determine the nature and severity of the condition of Plaintiff Vastina Omosebi and her infant, careful diagnosis of their condition, employment of appropriate procedures, evaluations and/ treatment of their conditions and the effects of such treatment, and adjustment of the course of treatment in response to such ongoing surveillance and evaluationô all of which the Defendants failed to do.

5. The Defendant Kelli Lutrell, M.D and agents and/or employees of Three Lower Counties Community Services, Inc. and the United States of America were negligent in that they failed to employ appropriate treatment, tests and/or procedures, failed to carefully and thoroughly evaluate the condition of Plaintiff Vastina Omosebi and her infant, failed to properly and appropriately interpret diagnostic tests and diagnose the condition, failed to thoroughly evaluate the effects and results of any tests and/or procedures performed, failed to properly evaluate the effects of the chosen treatment, failed to adjust the Plaintifføs treatment in response to treatment, failed to appropriately evaluate the effects of treatment, failed to properly monitor the course of the condition and treatment of the Plaintiff, and failed to employ adequate, timely and appropriate diagnostic procedures and/or tests to determine the nature and extent of the condition of the Plaintiff Vastina Omosebi and her infant, and were otherwise negligent.

Your complimentary use period has ended. Thank you for using PDF Complete.

Click Here to upgrade to Unlimited Pages and Expanded Features

that the Defendants Three Lower Counties Community Services, Inc. and the United States of America through their agents, servants or employees, actual and/or apparent, owed to the Plaintiffs and their infant a duty to exercise the degree of care, skill and judgment expected of competent medical corporations acting in the same or similar circumstances, which duties included the performance of adequate and proper diagnostic tests, evaluations and procedures to determine the nature and severity of the condition of Plaintiff Vastina Omosebi and her infant, careful diagnosis of such condition, employment of appropriate procedures, tests, and/or treatment to correct such condition, without inflicting injury upon the Plaintiff or her infant, continual evaluation of the condition of the Plaintiff and her infant, and effects of such treatment, and adjustment of the course of treatment in response to ongoing surveillance and evaluationô all of which the Defendants failed to do.

7. The Defendants Three Lower Counties Community Services, Inc. and the United States of America were negligent in that their agents and/or employees failed to employ appropriate treatment, evaluation and/or procedures, failed to carefully and thoroughly evaluate the condition of Plaintiff Vastina Omosebi and her infant, failed to thoroughly evaluate the effects and results of any tests, treatment and/or procedures performed, failed to adjust the Plaintifføs treatment and environment in response to her condition and symptoms, failed to properly monitor the course of the Plaintifføs treatment and condition, failed to employ adequate and proper diagnostic procedures and/or tests to determine the nature and extent of the condition of Plaintiff Vastina and her infant, failed to diagnose their condition, and were otherwise negligent.

8. As a result of the negligence of these Defendants, the Plaintiffs Vastina and

Your complimentary use period has ended. Thank you for using PDF Complete.

Click Here to upgrade to Unlimited Pages and Expanded Features

severe trauma, injury and shock, emotional trauma, and the unnecessary and preventable death of their infant daughter.

9. On January 23, 2013, at 10:37 p.m., Plaintiff Vastina Omosebi, at twenty-seven weeks gestation, presented to the labor and delivery suite of Peninsula Regional Medical Center with complaints of rupture of her amniotic sac, heavy vaginal bleeding, and minimal variability on fetal heart tracing, an emergent presentation consistent with placental abruption.

10. Despite the signs and symptoms consistent with an emergency situation and the need for a emergent delivery of Infant Omosebi, Defendant Lutrell negligently delayed and failed to recognize the emergency nature of the presentation of Plaintiff Omosebi and negligently failed to institute emergency measures, including the emergent notification of the neonatology staff and the staff necessary for an emergency Cesarean section, and emergent performance of a Cesarean section for emergent delivery of Infant Omosebi.

11. It is alleged that it was not until speaking to another consultant on January 24, 2013 at 1:05 a.m. that Defendant Lutrell recognized the emergent nature of Plaintiff's presentation and belatedly instituted the measures necessary for an emergent delivery of Infant Omosebi, all while the condition of Infant Omosebi was deteriorating.

12. Finally, it is asserted that, at 1:45 a.m. on January 24, 2013, Plaintiff Vastina Omosebi was belatedly delivered at 2:11 a.m.------ three and a half hours after her mother's emergency presentation to the hospital. At the time of delivery, Infant Omosebi was severely depressed with APGAR scores of 1 and 5 due to her prolonged hypoxia.

13. It is alleged that Infant Omosebi failed to recover from her severe period of prolonged hypoxia, caused by the delay in delivery and the negligent inaction of Defendant



January 24, 2013, resulting in severe emotional and psychological trauma to Plaintiffs Vastina and Olosupo Omosebi, who were excitedly anticipating the birth of their infant daughter.

14. It is alleged that, had Defendant Lutrell conformed to the standard of care and emergently delivered the baby, Infant Omosebi would have lived, returning home to her loving parents, the Plaintiffs Vastina and Olosupo Omosebi.

15. It is further asserted that, as a result of the negligence of Defendant Lutrell, an agent and/or employee of Three Lower Counties Community Services, Inc. and/or the United States of America, the Plaintiffs Vastina and Olosupo Omosebi have suffered emotional anguish, anxiety, depression, pain and suffering.

16. The Plaintiffs refer to the negligence of these Defendants as a proximate cause of all the injuries and damages sustained, with the Plaintiffs being in no way contributorily negligent.

17. The negligence complained of occurred in Wicomico County, Maryland. Venue is claimed in the United States District Court for the District of Maryland. The amount in controversy exceeds One Million Dollars ($1,000,000.00) and the jurisdictional amount.

_____
Diane M. Littlepage
Bar #: 10965
**LITTLEPAGE & ASSOCIATES**
P.O. Box 9706
Arnold, Maryland  21012
410-975-9191
dlittlepage@dmlmedlaw.com

*Attorney for Plaintiffs*

Your complimentary use period has ended. Thank you for using PDF Complete.

Click Here to upgrade to Unlimited Pages and Expanded Features